No. 10–1001. MARTINEZ *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. [Certiorari granted, 563 U. S. 1032.] Motion of the Solicitor General for leave

to participate in oral argument as *amicus curiae* and for divided argument granted.